# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 284 MAL 2020

        Respondent               :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

        v.                               :

                                  :

MITCHELL NAZARIO,                :

                                  :

        Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.